AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00108 |
| RENEE FATTA | ) Assigned to: Judge Meriweather, Robin M. |
| DOB: ███ 1982 | ) Assign Date: 5/24/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority.
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Megan Elliott Powers, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __05/24/2023__

2023.05.24
13:22:22 -04'00'
*Judge's signature*

City and state: __Washington, D.C.__    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

Case: 1:23-mj-00108
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/24/2023
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, Megan Elliott Powers, is a special agent assigned to the FBI Albany Division. In my duties as a special agent, I have received training and have experience in the conduct of criminal and national security investigations, including matters involving domestic and international terrorism, and also have training and experience in the drafting and execution of search warrants in those and other investigations. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

*Facts Specific to Renee Fatta*

This investigation was initiated based on information that RENEE FATTA may have unlawfully entered on Capitol Grounds, a restricted area, in violation of multiple federal laws on January 6, 2021. The below social media post (Image 1) was provided to the FBI along with the names RENEE FATTA and SCOTT COLUMBUS.

A review of FATTA's social media, Capitol Police Closed Caption Television (CCTV), Metropolitan Police body worn camera (BWC), and open-source media confirmed FATTA and COLUMBUS' presence at the Capitol on January 6, 2021. In Image 1, FATTA is wearing a: pink 'TRUMP' winter knit hat and a black jacket over a dark three-quarter zip sweatshirt. FATTA also has a septum piercing and blonde dreadlocks. COLUMBUS is wearing a: black knit hat and a black jacket over a navy 3/4 zip sweatshirt.



**Image 1**

CCTV captured the breach of the United States' Capitol Building's Parliamentarian doors at approximately 2:42 p.m. FATTA and COLOMBUS (circled in yellow) entered the Capitol building, through the Parliamentarian doors, approximately three minutes later, at 2:45 p.m. FATTA and COLOMBUS can be seen wearing the same hats and clothing from Image 1. After entering, FATTA appears to pump her fist (Image 2).



Image 2

FATTA and COLUMBUS are captured crossing the crowd to access an office located just inside the Parliamentarian doorway on the right side of the hallway. FATTA appears to be smiling as she walks towards the office doorway while COLUMBUS appears to be wearing a white mask (Image 3 and 4).



Image 3



Image 4

FATTA (yellow circle) and COLUMBUS (green circle) enter the office and remain there for approximately twenty seconds (Image 5).



Image 5

Open-source video captured rioters actively ransacking the office as FATTA and COLUMBUS exit the room (Image 6).



Image 6

After leaving the office, COLUMBUS and FATTA walk over smashed glass (circled in red) and advance further into the Capitol building, holding hands, towards a police line positioned down the hallway from the Parliamentarian doors (Image 7). An open-source video[1] (Image 8) captured rioters attempting to get around this police line with many rioters yelling "push back!"



Image 7

---

[1] Available at https://d2hxwnssq7ss7g.cloudfront.net/onVXm7gZrnOG_cvt.mp4.



Image 8

In this video, FATTA can be seen, in this group, waving and smiling as fellow rioters continue to push and confront the police line (Image 9).



Image 9

FATTA and COLUMBUS spent approximately two minutes near the police line before making their exit at approximately 2:48 p.m. (Image 10). In both the open-source video and CCTV, rioters exiting just behind FATTA and COLUMBUS appear to be coughing, blinking, and covering their faces and mouths as if recently pepper sprayed by the police line.



Image 10

FATTA and COLUMBUS remain on Capitol grounds after exiting the building. FATTA and COLUMBUS are captured on BWC from approximately 3:11 p.m. to 3:18 p.m. on the Northwest Terrace (Image 11).



**Image 11**

On February 2, 2022, investigators, including your affiant, interviewed RENNE FATTA at her home in Bridgeport, New York. FATTA admitted to traveling to Washington, D.C. with SCOTT COLUMBUS. FATTA stated both her and COLUMBUS attended the rally and stayed through the close of the former President's speech. After the rally, FATTA told investigators she overheard numerous people saying they were going to the Capitol grounds so both FATTA and COLUMBUS decided to join. While on the grounds, FATTA described the scene as "chaotic." FATTA admitted to posing for a picture (Image 1) on the Upper West Terrace which she later posted to Facebook. FATTA admitted that she and COLUMBUS did go inside the Capitol but said she was pushed inside. FATTA stated that after exiting, FATTA and COLUMBUS stayed on Capitol grounds until the former President tweeted for people to leave. FATTA identified herself and COLUMBUS in several CCTV still images from January 6, 2021. During the interview, your affiant had the chance to observe FATTA and can identify her in the above video and images.

Based on the foregoing, your affiant submits that there is probable cause to believe that RENEE FATTA violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that RENEE FATTA violated 40 U.S.C. § 5104(e)(2)(D) and (G) which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

*[signature]*

Megan Elliott Powers
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 24 day of May 2023.

*[signature]* 2023.05.24
13:29:43 -04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:23-mj-00108<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 5/24/2023<br>Description: COMPLAINT W/ ARREST WARRANT |
| v. | |
| **RENEE FATTA** | **VIOLATIONS:**<br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted |
| **Defendant.** | Building or Grounds)<br>18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a<br>Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(D)<br>(Disorderly Conduct in a Restricted<br>Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(G)<br>(Parading, Demonstrating, or Picketing in<br>any of the Capitol Buildings) |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

1

2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: May 24, 2023

2023.05.24
13:27:13 -04'00'

JUDGE ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
RENEE FATTA

*Defendant*

) Case: 1:23-mj-00108
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 5/24/2023
) Description: COMPLAINT W/ ARREST WARRANT
)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ RENEE FATTA _____

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 05/24/2023

2023.05.24
13:26:20 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/24/2023, and the person was arrested on *(date)* 6/8/2023 at *(city and state)* Syracuse, NY |
| Date: 6/8/2023 |
| *Arresting officer's signature* |
| MEGAN POWERS, Special Agent |
| *Printed name and title* |